United States District Court
Eastern District of New York

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 23 2011 ★
BROOKLYN OFFICE

Ann Burton,
    Plaintiff,

— against —

Silvercrest Center for
Nursing and Rehabilitation,
et al.,
    Defendants.

Notice of Motion to
Terminate Deposition,
and Compel Discovery/
Document Production,
and for Protective Order.

11-CV-1417 (SLT)(LB)

Judge Townes,

    Please take notice that upon the annexed affirmation of Ann Burton on November 15, 2011, and upon the exhibits attached thereto, and the pleadings herein, pltf will move this Court, before Judge Townes, United States District Judge, for an order pursuant to Rules 26-32, and 37 of the Federal Rules of Civil Procedure granting:

1. Motion to Compel Discovery Production from Silvercrest Center for Nursing and Rehabilitation, et. al.; AFGE 1988, et. al.; Eric Shinseki et. al.; White Glove Placement, et. al.; N.Y.S. Department of Labor et. al.; State Education Department, Office of Professional Discipline, et. al.; Dr. Russell Beckhardt, Ear, Nose, & Throat, 738 Franklin Avenue, Franklin Square, NY 11010, and Dr.

-1-

Da Cunha Tristan, Jamaica Medical Care, 172-06 Jamaica Ave, Jamaica, NY 11432, and The City of N.Y., Dept of Health, N.Y.P.D., Dept of Environment Protection, 311, and 911.

2. Silvercrest Center for Nursing and Rehabilitation, et. al.; deposed pltf regarding the aforementioned parties and documentary evidence, which was stolen, and which pltf has been unable to access. In the absence of the said discovery and order pltfs rights are hindered.

3. Pltf submitted four interrogatory and discovery responses to 11-cv-1417 defts, which evoked no response.

4. Pltf moves the Court to address pltfs objections to the 11-cv-1417 deft's failure to respond to pltfs Confidentiality Stipulation, regarding medical release or authorization, and stolen documents.

5. Pltf moves the Court to terminate the discovery on the grounds that it was conducted in bad faith; with a fraudulent Notice of Deposition; deposed irrelevant questions, eg: a computer purchased after termination, my daughters name and address, and when pltf married and married name.

-2-

6. Pltf moves the Court to terminate the deposition and discovery on the grounds that it is being conducted in bad faith, and a manner that unreasonably annoys, embarasses, or oppresses pltf, eg: Alesia Kantor asked, "Has anyone told you that you have a memory problem?", and that pltf is a Registered Nurse and does not know what is the specialty of my physician.

7. Pltf moves the Court to terminate the deposition and discovery on the grounds that questions conducted are unduly burdensome, and can be obtained by other means, eg: "411" for physicians addresses, other civil actions which even Judge Bloom had to Order Alesia Kantor to access the "public record."

8. Pltf moves the Court to terminate the deposition and discovery on the grounds that questions conducted were non-beneficial, and per Alesia Kantor demanded "Yes" or "No" answers, which violates discovery Rules.

9. Pltf moves the Court to redact my daughters' personal information from the record.

Despite pltfs medical problems, etc., pltf made a good

-3-

faith effort to attend a bad faith deposition.

WHEREFOR, plff moves the Court for a Motion to Compel documents and to terminate deposition.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,
Ann Burton Pro Se
196-15e 65th Crescent #1B
Fresh Meadows, NY 11365

Dated: Fresh Meadows, NY
November 15, 2011

I certify that a copy has been mailed via Fed Ex ~~Class U.S.P.S.~~ mail to defts at Nixon Peabody, 50 Jericho Quadrangle, Ste 300, Jericho, NY 11753, on November 15, 2011.

Ann Burton Pro Se

U.S District Court - EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Jody Touss
Pro Se
8/10