United States District Court
Eastern District of New York

Ana Burton,
           Plaintiffs

-against-

Silvercrest Center for
Nursing and Rehabilitation,
           Defendants.

Order to Show Cause
11-CV-1417 (SLT)(LB)

Upon the affidavit of Ana Burton, sworn to on the _____, 2011, and upon the copy of the complaint hereto attached it is ORDERED, that the above named defendants show before this Court, at Room ____, United States Courthouse _____ on _____, 2011, at ____ o'clock in the _____ thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure to immediately Cease and Desist death threats and attempts, unlawful, terroristic daily home invasions, stalking, theft of case documents and personal property, theft of money, damage to plaintiffs' property, gas-lighting, counterfeiting plaintiffs' handwriting, mail

-1-

and telephone interception, computer hacking, food and water tampering, harassment, and obstruction of justice, and issue an Order of Protection and Restraining Order, and it is further ORDERED that a copy of this Order, together with the papers upon which it is granted, be personally served upon the defendants or their attorney on or before _____, 2011, by _____ _____ and that such service be deemed good and sufficient.

Dated:
_____, 2011


_____
United States District Judge

United States District Court
Eastern District of New York

Ann Burton
        Plaintiff,
— against —
Silvercrest Center for Nursing
and Rehabilitation,
et al
        Defendants.

Memorandum of Law
In Support of Order To
Show Cause For Preliminary
Injunction and Temporary
Restraining Order

11 – CV – 1417 (SLT)(LB)

State of New York   ) ss.:
County of           )

Ann Burton, makes the following affirmation under the penalties of perjury:

I, Ann Burton, am plaintiff in the above-entitled action, and respectfully move this Court to issue an order enjoining defendants Silvercrest Center for Nrsg + Rehab, et al, to immediately Cease and Desist death threats and attempts, unlawful terroristic daily home invasions, stalking, theft of case documents and personal property, theft of money, damage to plaintiff's property, gaslighting, counterfeiting plaintiff's handwriting, mail and telephone interceptions, computer hacking, food and water tampering, harassment, and obstruction of

-3-

justice, and Order an Order of Protection and Restraining Order until a final disposition on the merits of the above-entitled action.

I am proceeding by order to show cause rather than by notice of motion because On August 1, 2011, plaintiff sustained a major injury from tainted tap water at her residence; in addition to harassment at Civil, EDNY and SDNY Courts. Therefore, plaintiff cannot wait the normal time it takes when a notice of motion is filed. Plaintiff fears for her life.

I have made the following attempts to contact my opponents and inform them that I am seeking a temporary restraining order: I have contacted defts and demanded to Cease and Desist a list of unlaw actions of reprisal against pltf, which evoked no response.

Unless the preliminary injunction and temporary restraining order are issued I will suffer immediate and irreparable injury as shown by the following facts: (1) plaintiff's voice box is damaged by tainted water, Queens Fresh Meadows LLC has failed to change lock, Stonins Security was bypassed, automobile vandalism, ineffective Mul-T-Lock, DOH, DEP and Landlord have failed to test pltfs water illegal home invasions are relentless; (2) The harm will not be taken care of adequately by winning

-4-

the case in the end; (3) I will most likely win the case in the end; and (4) the harm to me is more serious than any harm your opponent will suffer if the Judge orders a preliminary injunction to protect pltf.

As can be seen from the foregoing, I have no adequate remedy at law and am entitled to a temporary restraining order and preliminary injunction described above, as well as such other and further relief as may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:
November 30, 2011

_Ann Burton_
ANN BURTON

-5-