UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ANN BURTON,

                Plaintiff,

      -against-

SILVERCREST CENTER FOR NURSING
AND REHABILITATION, et. al.,

                Defendants.

-------------------------------------------------------------X

**ORDER**
**11 CV 1417 (SLT)(LB)**

**BLOOM, United States Magistrate Judge:**

On November 29, 2011, plaintiff requested that the Court extend her November 30, 2011

deadline to oppose defendants' motion to dismiss, due to a pending eviction. Docket entry # 55.

Defendants note that plaintiff has known about the eviction since September 26, 2011, but do not

oppose plaintiff's request for an extension of time. Docket entry # 59. Accordingly, the Court re-sets

the briefing schedule as follows: plaintiff shall serve defendants' counsel with her opposition to the

motion by December 20, 2011. Defendants shall file any reply, along with the fully-briefed motion,

by January 12, 2012. This extension is final and no further request for an extension of time shall be

considered.

SO ORDERED.

Dated: December 6, 2011
      Brooklyn, New York

LOIS BLOOM
United States Magistrate Judge