UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANN BURTON,

                    Plaintiff,

    -against-

SLIVERCREST CENTER FOR NURSING
AND REHABILITATION, MARIE MITCHELL,
and DARLENE WEITZMAN,

                    Defendants.
-----------------------------------------------------------------X

JUDGMENT
11-CV- 1417 (SLT)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 1 7 2012 ★

BROOKLYN OFFICE

A Memorandum and Order of Honorable Sandra L. Townes, United States

District Judge, having been filed on April 12, 2012, adopting in its entirety the unopposed Report

and Recommendation of Magistrate Judge Lois Bloom, dated February 2, 2012; dismissing the

action pursuant to Rule 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure; and directing the

Clerk of Court to enter judgment in favor of Defendants and against Plaintiff; it is

        ORDERED, ADJUDGED AND DECREED that the action is dismissed pursuant

to Rule 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure; and that judgment is hereby

entered in favor of Defendants Silvercrest Center for Nursing and Rehabilitation, Marie Mitchell,

and Darlene Weitzman and against Plaintiff Ann Burton.

Dated: Brooklyn, New York
       April 16, 2012

                                Douglas C. Palmer
                                Clerk of Court

               by:

                                Michéle Gapinski
                                Chief Deputy for
                                Court Operations