```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF NEW YORK

        ------------------------------X  Docket#
        ANN BURTON,                   :  11-cv-1417(LB)
                      Plaintiff,      :
                                      :
            - versus -                :  U.S. Courthouse
                                      :  Brooklyn, New York
        SILVERCREST CENTER FOR        :
        NURSING AND REHABILITATION,   :
                      et al.,         :  June 30, 2011
                      Defendant       :
        ------------------------------X

              TRANSCRIPT OF CIVIL CAUSE FOR CONFERENCE
                  BEFORE THE HONORABLE LOIS BLOOM
                  UNITED STATES MAGISTRATE JUDGE
```

**A P P E A R A N C E S:**

**For the Plaintiff**:            **Ann Burton, pro se**
                                  196-15C 65th Crescent, #1B
                                  Fresh Meadows, NY 11365


**For the Defendant**:            **Alesia J. Kantor, Esq.**
                                  Nixon Peabody LLP
                                  50 Jericho Quadrangle
                                  Suite 300
                                  Jericho, NY 11753



**Transcription Service**:        **Transcription Plus II, Inc.**
                                  3589 Tiana Street
                                  Seaford, N.Y.  11783
                                  Transcriptions2@verizon.net


Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

Proceedings                                                    2

1              THE CLERK:  Civil Cause for Initial Conference,
2     11-cv-1417, <u>Burton v. Silvercrest Center for Nursing and</u>
3     <u>Rehabilitation, et al</u>.
4              Will the parties please state your names for
5     the record.  Plaintiff?
6              MS. BURTON:  My name is Ann Burton.
7              THE CLERK:  Defendant?
8              MS. KANTOR:  Hello?
9              THE COURT:  For defendant, state your name for
10    the record.
11             MS. KANTOR:  Alesia J. Kantor, Nixon Peabody,
12    50 Jericho Quadrangle, Jericho, New York, 11753.
13             THE CLERK:  The Honorable Lois Bloom presiding.
14             THE COURT:  Good morning, Ms. Burton and good
15    morning Ms. Kantor.
16             MS. KANTOR:  Good morning, all.
17             THE COURT:  Ms. Kantor, this matter was noticed
18    for an initial conference today and I know for a fact
19    that the notice that was sent out said that the
20    conference was going to be conducted at 225 Cadman Plaza
21    East.  However, the conference was scheduled at 10
22    o'clock.  It is now 10:30.  And I know, because you
23    called my chambers, that you went to the Central Islip
24    courthouse which I have no explanation for.  But
25    Ms. Burton is here and I don't want her to be sitting in

Proceedings                                                    3

1  court waiting for you.  So again, what's the situation,
2  Ms. Kantor?
3           MS. KANTOR:  We are on the L.I.E.  We are in
4  Suffolk County.  So we are proceeding a pace but I
5  obviously do not know exactly how long it would take me
6  to get there and I must offer my most sincere apologies
7  to Ms. Burton and, of course, to the Court, but to Ms.
8  Burton especially for inconveniencing you so
9  inadvertently but I sincerely apologize for that.
10          I cannot tell you, your Honor, exactly how long
11 it will take me to get there due to the inherent --
12          THE COURT:  Well again, it's --
13          MS. KANTOR:  -- the potential for construction,
14 et cetera.
15          THE COURT:  Ms. Kantor, Ms. Burton had told me
16 clearly that she has something that she has to take care
17 of.  She could only wait until 11:00.  Since I can't
18 guarantee that you're going to make it here by 11:00, I
19 had Ms. Burton come forward and we're going to pick
20 another date and it's going to be at Ms. Burton's
21 convenience.  But I did have a couple of other matters
22 that I needed to address and I told Ms. Burton, I can't
23 address the matter with only one side being present.  I
24 can't speak to one side about the case without the other
25 side being present.

```
                          Proceedings                         4
 1          So first of all, Ms. Kantor, I understand this
 2  was a mistake.  I understand that your law office is out
 3  on Long Island.  Don't make the mistake again.
 4          MS. KANTOR:  Yes, your Honor.
 5          THE COURT:  The notice that was sent out May 27
 6  clearly says courtroom 11A of the United States
 7  Courthouse, 225 Cadman Plaza East, Brooklyn.  So even
 8  though it may have been an innocent error, it did
 9  inconvenience quite a few people.  Once is a mistake.  It
10  won't happen again.
11          MS. KANTOR:  It most certainly will not.
12          THE COURT:  Okay.  Ms. Burton, a couple of
13  things that I needed to bring to your attention.  First
14  of all, you had written a letter to the Court about your
15  social security number being on a couple of the
16  documents.  I've had that matter taken care of.  I've
17  directed the clerk of the court to substitute the
18  attachment that had your social security number.  For the
19  future, you can redact that number.  If you had an
20  attorney, your attorney would redact the number.  So if
21  you're ever exchanging materials with the other side,
22  those are not generally filed with the Court.  You're now
23  going to go through discovery but we're going to discuss
24  discovery at the next conference.
25          At the next conference, whatever date we pick
```

Proceedings                                                    5

1   here, Ms. Kantor, I want you to come with all of
2   Ms. Burton's personnel records.  I would have been
3   entering --
4               MS. KANTOR:  Yes, your Honor.
5               THE COURT:  I would have been entering an order
6   today requiring you to produce as initial disclosures and
7   when I say personnel records, it's everything.  I don't
8   care which file you keep it in, whether it's in the
9   disciplinary file, the central file, the performance
10  evaluation file, the application file, whatever file it's
11  in.
12              I also want you to supply in writing in the
13  form of an interrogatory response the legitimate, non-
14  discriminatory reason that motivated whatever the adverse
15  action is that Ms. Burton's complaining about.
16              MS. KANTOR:  And the interrogatory response,
17  you would like us to serve before the conference or bring
18  to the conference?
19              THE COURT:  Bring to the conference.
20              MS. KANTOR:  Understood, your Honor.
21              THE COURT:  Okay.  Ms. Burton, are there better
22  or worse days of the week for you to come back to court?
23              MS. BURTON:  No, your Honor.
24              THE COURT:  So we can just pick another date
25  and we'll agree on that date today?

```
                        Proceedings                      6
 1             MS. BURTON:  Yes.
 2             THE COURT:  And let me also say because there
 3   was another request in your most recent letter about
 4   bringing a tape recorder in and I assume that's to record
 5   the proceedings.
 6             MS. BURTON:  Yes.
 7             THE COURT:  All proceedings in court are
 8   digitally recorded by our computer system.  Not every
 9   transcript is transcribed because it costs the government
10   money but there's always a record of every proceeding in
11   court.  Okay?
12             MS. BURTON:  Okay.
13             THE COURT:  So for future reference, if we need
14   to get a transcript of a proceeding for a particular
15   purpose, you can make that request and we can get a
16   transcript.
17             MS. BURTON:  Thank you, your Honor.
18             THE COURT:  Okay.
19             MS. BURTON:  Uh-huh.
20             THE COURT:  Ms. Kantor, you're driving.  I'm
21   going to ask you, do you know your calendar?
22             MS. KANTOR:  I have taken a quick look at it in
23   preparation for this call and I know I have an argument
24   in the eastern district on the 8th of July.  Other than
25   that, anything else I can move obviously to accommodate.
```

Proceedings                                                        7

1            THE COURT:  Well again, I'm going to give
2    Ms. Burton her choice of dates but I need to fit it into
3    my calendar, too, Ms. Burton.  Would a Monday, July 11 in
4    the afternoon work for you?
5            MS. BURTON:  I would prefer the morning if you
6    have, your Honor.
7            THE COURT:  Okay.  I'll be frank with you, the
8    reason why mornings are not preferable, I do conferences
9    with inmates and so most of the mornings are already
10   booked at the early part of July.  I could give you July
11   26 which is a Tuesday.
12           MS. BURTON:  Okay.  Let's stick with the 11th,
13   your Honor.
14           THE COURT:  The 11th in the afternoon will work
15   for you, Ms. Burton?
16           MS. BURTON:  Yes, your Honor.  Yes.
17           THE COURT:  And I can give you preference.  I
18   could put it on either at 1:30 or at 3 o'clock.
19           MS. BURTON:  1:30 would be fine, your Honor.
20           THE COURT:  You'll be first up that day.
21           Do you hear that, Ms. Kantor?
22           MS. KANTOR:  1:30, July 11, your Honor.
23           THE COURT:  1:30, July 11, no second time on
24   this.  We'll see you that date.  You'll come with all of
25   the personnel records.  You'll come with what the

```
                        Proceedings                          8
```

 1  legitimate non-discriminatory reason why Ms. Burton has
 2  been terminated.
 3          And Ms. Burton, you got the blue book from the
 4  Court, ma'am?
 5          MS. BURTON:  Yes, your Honor.
 6          THE COURT:  So review that section about
 7  discovery because at the next conference, I'll be setting
 8  the deadlines for both sides to complete all discovery.
 9  Okay?
10          MS. BURTON:  Thank you, your Honor.
11          MS. KANTOR:  Your Honor?
12          THE COURT:  Yes.
13          MS. KANTOR:  If I may, as to the interrogatory
14  response or, you know, the form of an interrogatory
15  response as to a legitimate non-discriminatory business
16  reason, do you want that verified as if it were indeed an
17  interrogatory response?
18          THE COURT:  Correct.
19          MS. KANTOR:  Okay.  We will do so.
20          THE COURT:  Okay.  And that will be served on
21  Ms. Burton that day, so she'll be able to go and review
22  those things before she comes up with her own requests.
23          MS. KANTOR:  Absolutely.
24          THE COURT:  Okay.  We'll see you everybody on
25  July 11 at 1:30 in courtroom 11 a.m.  Thank you very

```
                         Proceedings                         9
 1  much.
 2             MS. KANTOR:  Thank you.
 3             MS. BURTON:  Thank you, your Honor.
 4             MS. KANTOR:  Good day.
 5                (Matter concluded)
 6                     -o0o-
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

10

# C E R T I F I C A T E

     I, LINDA FERRARA, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

     I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

     IN WITNESS WHEREOF, I hereunto set my hand this **13TH** day of **December**, 2011.

*Linda Ferrara*
Linda Ferrara
Transcription Plus II, Inc.

Transcription Plus II, Inc.